UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALLY DUFF, RUTH ROMER and BETH PERRY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE MCGRAW-HILL COMPANIES, INC., a New York corporation,<br><br>　　　　　　Defendants | Case No. C02-1347L<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANT in the amount of $5,814.14 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $7,702.30 | $1,951.75 | $5,750.55 |

Clerk disallowed costs for miniscripts and e-transcripts. Clerk also disallowed portion of costs associated with producing an expedited transcript.

| | | | |
|---|---|---|---|
| II.  WITNESS FEES | $63.59 | 0 | $63.59 |

TAXATION OF COSTS -- 1

1 | Request by Plaintiffs for Rule 30(B)(6) sanctions is not an issue that would be addressed by the clerk as
2 | part of motion for costs.

Dated this    23rd    day of AUGUST, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2